**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2020

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

> 4-21-2020
> Time is excluded through June 3, 2020.
> SO ORDERED.
> /S/ Paul A. Crotty

Re:   **United States v. Chandler**, 19 Cr. 867 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter to seek the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until June 3, 2020, the pretrial conference date set by the Court today. The exclusion of time will permit the defense to continue reviewing discovery and preparing for trial and is also necessary in light of the on-going COVID-19 public health crisis. The defense consents.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by:   /s/ Jun Xiang
Jun Xiang
Michael D. Longyear
Assistant United States Attorneys
(212) 637-2289 / -2223

**CC (By ECF)**
All Counsel