**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 23, 2020

7/29/2020
Defendant's request to modify the bail conditions are denied. The current conditions applicable to Mr. Chandler's release are continued.  SO ORDERED.

*/s/ Paul A. Crotty*

**BY ECF**
The Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Shakeil Chandler**
      **19 Cr. 867 (PAC)**

Honorable Judge Crotty:

    I write to request a modification to Mr. Chandler's bail conditions in the above-captioned case. This week, after applying and interviewing for a job, Mr. Chandler received an offer to work the overnight shift for Amazon's Fulfillment Center/Warehouse in Staten Island. Accordingly, the defense respectfully requests that the Court modify Mr. Chandler's current curfew to enable him to earn money to help support his family.

    On March 31, 2020, the Court issued an Order granting Mr. Chandler's motion for temporary pretrial release from the Metropolitan Correctional Center. The following conditions, in relevant part, were set and subsequently met:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; 24-hour home incarceration to be enforced by location monitoring technology to be determined by Pretrial Services with permission to leave the residence exclusively for necessary medical services; report and disclose to Pretrial Services when any cohabitant the residence, including himself, may be symptomatic of any illness.

Doc. No. 19.

    On April 3, 2020, the Court modified the Order to designate Sandra Chandler, Mr. Chandler's mother, as the third-party custodian. Doc. No. 24. The Order was originally set to expire on May 30, 2020, 60 days after its entry. Doc. No. 19. On June 2, 2020, Your Honor extended the Order to August 31, 2020. Doc. No. 32.

On July 7, 2020, the Government disclosed exculpatory evidence that effectively excludes Mr. Chandler as a contributor to the DNA found on the weapon he is alleged to have possessed. On July 10, 2020 the Court granted defense counsel's request for a bail modification, removing the condition of home incarceration and imposing a curfew to be enforced by location monitoring. Mr. Chandler has consistently complied with all pretrial release conditions.

Since the imposition of curfew, pretrial services has encouraged Mr. Chandler to seek and maintain employment. Mr. Chandler took this guidance to heart. He immediately began applying for jobs, and this week, he interviewed for a position with Amazon. On July 21, 2020, Mr. Chandler received confirmation that he had been hired, contingent on certain employment conditions. The defense has provided pretrial services with verification of employment. The anticipated start date of the job is August 2, 2020; Mr. Chandler would be working Sunday through Wednesday, 6:15PM to 5AM in Staten Island, a two-hour commute from Mr. Chandler's home in Brooklyn. This is the only job offer that Mr. Chandler has received.

Pretrial services has imposed a curfew that requires Mr. Chandler to be home between the hours of 8PM and 8AM every day. Pretrial has declined the defense's request to adjust Mr. Chandler's curfew hours to allow him to work. The Government also opposes a change in curfew hours.

In light of these circumstances, the defense respectfully requests that the Court modify Mr. Chandler's bail conditions to impose a curfew consistent with Mr. Chandler's anticipated job hours and commute on the days that Mr. Chandler is working, with the understanding that Mr. Chandler must remain home during his non-working hours on the days that he is scheduled to work. On the days that Mr. Chandler is not scheduled to work, the current curfew would remain in effect. Pretrial has indicated that they can and will accommodate this arrangement with a Court order.

Thank you for your consideration of this request, which would allow Mr. Chandler to work and help support his family.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender          **SO ORDERED:**
(212) 417-8721

```
_____
```
**HONORABLE PAUL A. CROTTY**
United States District Judge


cc:   Jun Xiang, Assistant U.S. Attorney (by ECF)
      Jonathan Lettieri, Pre-Trial Services Officer (by email)