**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 23, 2021

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

*[Handwritten endorsement: 3/24/2021 — The schedule is adopted. So ordered. Paul A. Crotty, USDJ]*

Re:   **United States v. Chandler, 19 Cr. 867 (PAC)**

Dear Judge Crotty:

In light of the trial now confirmed to begin on May 12, 2021, the Government respectfully submits this joint letter on behalf of the parties proposing the following pretrial schedule:

| Description | Date |
| --- | --- |
| Expert Notice<br>Rule 404(b) Notice<br>Motions / Motions in Limine | April 9, 2021 |
| Opposition to Motions / Motions in Limine | April 26, 2021 |
| Requests to Charge<br>Proposed Voir Dire<br>Witness List<br>Exhibit List<br>Jencks Act/Giglio Material | April 30, 2021 |
| Final Pre-Trial Conference (scheduled) | May 10, 2021 at 2:30 p.m. |
| Trial (scheduled) | May 12, 2021 |