AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

SHAKEIL CHANDLER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 19cr867 (PAC)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Paul A. Crotty        U.S.D.J.
Name of Judge        Title of Judge

11/9/2021
Date